FILED
CLERK, U.S. DISTRICT COURT
MAY 23 2019
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| BRADLEY TWYNHAM, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>COMPUTER SCIENCES CORPORATION, a Nevada corporation, DXC TECHNOLOGY COMPANY, a Nevada corporation; SERVICEMESH, INC., a Delaware corporation,<br><br>Defendants. | Case No.: 2:17-cv-08107 SVW JEM<br><br>[Hon. Stephen V. Wilson]<br><br>[Hon. John E. McDermott, Magistrate Judge]<br><br>**ORDER OF DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)** |

ORDER OF DISMISSAL

1
2    Pursuant to the stipulation of the parties, and good cause appearing therefor,
3  IT IS HEREBY ORDERED THAT:
4    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above
5  referenced action is dismissed in its entirety with prejudice, subject to this Court
6  retaining jurisdiction to enforce the terms of the parties' Settlement Agreement.
7    SO ORDERED:
8  Dated: May 23, 2019
9
10                                   Hon. Stephen V. Wilson
                                     United States District Judge